Gregg L. Weiner
Stephen S. Rabinowitz
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980
(212) 859-8000

Attorneys for Plaintiff
Keryx Biopharmaceuticals, Inc.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

KERYX BIOPHARMACEUTICALS, INC.,

                     Plaintiff,

     - against -

PANION & BF BIOTECH INC.,

                     Defendant.

------------------------------------------------------------- x

**ECF CASE**

**DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusal, the undersigned attorney of record for Plaintiff Keryx Biopharmaceuticals, Inc. (a non-governmental corporation) certifies as follows: Plaintiff has no parent corporation and no

publicly held corporation owns 10% or more of its stock.

Dated:   New York, New York
         April 15, 2007

                                    FRIED, FRANK, HARRIS, SHRIVER
                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         

                     FRIED, FRANK, HARRIS, SHRIVER
                      & JACOBSON LLP

By: _____/s/ Gregg L. Weiner_____
      Gregg L. Weiner
      Stephen S. Rabinowitz

One New York Plaza
New York, New York  10004-1980
(212) 859-8000
gregg.weiner@friedfrank.com

Attorneys for Plaintiff
Keryx Biopharmaceuticals, Inc.