Gregg L. Weiner
Stephen S. Rabinowitz
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Attorneys for Plaintiff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7|1|08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
KERYX BIOPHARMACEUTICALS, INC.,              :
                                             :    ECF CASE
                     Plaintiff,              :
                                             :    08 Civ. 3603 (DLC)
       - against -                           :
                                             :    **STIPULATION TO**
PANION & BF BIOTECH, INC.,                   :    **EXTEND TIME TO**
                                             :    **ANSWER AND**
                                             :    **REQUESTING**
                                             :    **ADJOURNMENT OF**
                                             :    **CASE MANAGEMENT**
                                             :
                     Defendant.              :    **CONFERENCE**
--------------------------------------------------------------- x

    WHEREAS counsel for Panion has recently been retained in this matter and requires additional time to consult with Panion, a Taiwanese company, before serving the Answer and Counterclaims, particularly in view of the 12-hour time difference between New York and Taiwan; and

    WHEREAS the parties require additional time to meet and confer after Panion has served its Answer and Counterclaims in order to prepare and file a joint case management report and to resolve, so far as possible, any case management issues;

    ACCORDINGLY, it is stipulated and agreed between the parties as follows:

1. The time for Panion to serve its Answer and Counterclaims is extended from June 30, 2008 up to and including July 8, 2008; and

2. The parties jointly request the Court to adjourn the Initial Case Management Conference from July 11, 2008 (as presently scheduled) until August 8, 2008. *The conference is scheduled for August 8 at 9:30 am.*

There have been no previous requests for adjournment of either of the foregoing dates.

Dated: New York, New York
       June 30, 2008

FRIED, FRANK, HARRIS, SHRIVER
AND JACOBSON LLP

By: _____
    Gregg L. Weiner
    Stephen S. Rabinowitz

One New York Plaza
New York, NY 10004
(212) 859-8000
gregg.weiner@friedfrank.com
stephen.rabinowitz@friedfrank.com

Attorneys for Plaintiff
Keryx Biopharmaceuticals, Inc.

LAW OFFICES OF JACK W. CHUNG, P.C.

By: _____
    Jack W. Chung

401 Broadway, Suite 2009
New York, NY 10013
(212) 334-7118
jackchunglaw@gmail.com

Attorney for Defendant
Panion & BF Biotech, Inc.


**IT IS SO ORDERED**

Dated: _July 1_____, 2008

_____
The Honorable Denise L. Cote
United States District Judge

7061793.3

1. The time for Panion to serve its Answer and Counterclaims is extended from June 30, 2008 up to and including July 8, 2008; and

2. The parties jointly request the Court to adjourn the Initial Case Management Conference from July 11, 2008 (as presently scheduled) until August 8, 2008.

There have been no previous requests for adjournment of either of the foregoing dates.

Dated: New York, New York
June 30, 2008

FRIED, FRANK, HARRIS, SHRIVER
AND JACOBSON LLP

By: _____
Gregg L. Weiner
Stephen S. Rabinowitz

One New York Plaza
New York, NY 10004
(212) 859-8000
gregg.weiner@friedfrank.com
stephen.rabinowitz@friedfrank.com

Attorneys for Plaintiff
Keryx Biopharmaceuticals, Inc.

LAW OFFICES OF JACK W. CHUNG, P.C.

By: _____
Jack W. Chung

401 Broadway, Suite 2009
New York, NY 10013
(212) 334-7118
jackchunglaw@gmail.com

Attorney for Defendant
Panion & BF Biotech, Inc.

IT IS SO ORDERED

Dated: _____, 2008

_____
The Honorable Denise L. Cote
United States District Judge

7061793.3