Jack W. Chung
Law Offices of Jack W. Chung, P.C.
401 Broadway, Suite 2009
New York, N.Y. 10013
(212) 334-7118
Attorney for Defendant
Panion & BF Biotech, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KERYX BIOPHARMACEUTICALS, INC.,

Plaintiff,

- against -

PANION & BF BIOTECH, INC.,

Defendant.

ECF Case

08 Civ. 3603 (DLC)

**DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusal, the undersigned attorney of record for Defendant Panion & BF Biotech, Inc. (a non-governmental corporation) certifies as follows: Defendant has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:      New York, New York
            July 3, 2008

Law Offices of Jack W. Chung, P.C.

By: _____
      Jack W. Chung

401 Broadway, Suite 2009
New York, N.Y. 10013
(212) 334-7118
jackchunglaw@gmail.com
Attorney for Defendant
Panion & BF Biotech, Inc.