UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KERYX BIOPHARMACEUTICALS, INC.,

                    Plaintiff,

- against -

PANION & BF BIOTECH, INC.,

                    Defendant.

ECF Case

08 Civ. 3603 (DLC)

**NOTICE OF APPEARANCE FOR DEFENDANT**

---

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant **PANION & BF BIOTECH, INC.,**

I certify that I am admitted to practice in this Court.


Dated:    New York, New York
             July 7, 2008

Of Counsel:

Thomas G. Carulli
SDNY (TC3085)
Kaplan, von Ohlen & Massamillo
555 5th Avenue
New York, N.Y. 10017
Tel: (212) 922-0450
Fax: (212) 922-0530
E-mail: tcarulli@kvolaw.com

*Attorney for Defendant*
*Attorney to be noticed*

Respectfully submitted,

/s/ Jack W. Chung

Jack W. Chung
SDNY (JC6905)
Law Offices of Jack W. Chung, P.C.
401 Broadway, Suite 2009
New York, N.Y. 10013
Tel: (212) 334-7118
Fax: (212) 334-6408
E-Mail: jackchunglaw@gmail.com

*Attorney for Defendant*
*Attorney to be noticed*