Jack W. Chung (JC6905)
Law Offices of Jack W. Chung, P.C.
401 Broadway, Suite 2009
New York, N.Y. 10013
(212) 334-7118

Attorney for Defendant
Panion & BF Biotech, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KERYX BIOPHARMACEUTICALS, INC.,

               Plaintiff,

- against -

PANION & BF BIOTECH, INC.,

               Defendant.

---

ECF Case

08 Civ. 3603 (DLC)

**CERTIFICATE OF SERVICE**

    I am the lead attorney in the above-referenced case, representing Defendant Panion & BF Biotech, Inc., and also a member of the Bar of this Court. On July 7, 2008, I served or caused to be served upon the counsel named below, by e-mail, a true copy of the following document: the Defendant's Answer and Counterclaims, dated July 4, 2008.

    Gregg L. Weiner, Esq.
    Fried, Frank, Harris, Shriver & Jacobson LLP
    One New York Plaza
    New York, NY 10004
    Email: Gregg.Weiner@friedfrank.com

    Stephen S. Rabinowitz, Esq.
    Fried, Frank, Harris, Shriver & Jacobson LLP
    One New York Plaza
    New York, NY 10004
    Email: Stephen.Rabinowitz@friedfrank.com

I further certify that on July 7, 2008, I served upon counsel Gregg L. Weiner the aforementioned document by sending or causing to be sent overnight a true copy of said document by Federal Express courier, depositing said copy into the courier's drop-box in advance of the courier's final pick-up time (Federal Express tracking number #857416550525).

I certify under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the foregoing is true and correct.

Dated: New York, New York
       July 7, 2008

                                    Law Offices of Jack W. Chung, P.C.

                                    By: _____
                                        Jack W. Chung

                                    401 Broadway, Suite 2009
                                    New York, N.Y. 10013
                                    (212) 334-7118
                                    jackchunglaw@gmail.com

                                    Attorney for Defendant
                                    Panion & BF Biotech, Inc.