**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com


FRIED FRANK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

Direct Line: (212) 859-8973
Fax: (212) 859-4000
stephen.rabinowitz@friedfrank.com

July 30, 2008

**MEMO ENDORSED**

RECEIVED
JUL 3 1 2008
CHAMBERS OF
DENISE COTE

**BY HAND DELIVERY**

The Honorable Denise L. Cote
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Keryx Biopharmaceuticals, Inc. v. Panion & BF Biotech, Inc.*, 08 Civ. 3603 (DLC)

Dear Judge Cote:

      This office represents the plaintiff, Keryx Biopharmaceuticals, Inc., in the above-entitled action.

      The parties have agreed to meet in person in the United States in September 2008 in order to settle their dispute if possible. In furtherance of these settlement efforts, the parties request the Court to adjourn the Initial Case Management Conference and certain other deadlines.

      Attached for Your Honor's consideration is a courtesy copy of a stipulation that was submitted today to the Orders, Appeals & Judgments Clerk by email as required by the Court's Electronic Case Filing Rules & Instructions (a) extending the time for Keryx to serve its Reply to the Answer and Counterclaims until October 17, 2008; (b) extending the time for making Initial Disclosures and filing the Joint Case Management Report until October 31, 2008; (c) requesting the Court to adjourn the Initial Case Management Conference from August 8, 2008 (as presently scheduled) until November 14, 2008; and (d) requesting that discovery be stayed until the Initial Case Management Conference, subject to certain conditions.

*The conference is adjourned to September 26 at 11:00 am. There shall be no further adjournment.*

*/s/ Denise Cote*
*July 31, 2008*

New York • Washington DC • London • Paris • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

Fried, Frank, Harris, Shriver & Jacobson LLP

Hon Denise L. Cote  
July 30, 2008  
Page 2

We very much appreciate Your Honor's consideration of the foregoing.

Respectfully submitted,

Stephen S. Rabinowitz  
Attorney for Plaintiff  
Keryx Biopharmaceuticals, Inc.

Enclosure  
cc: Jack W. Chung, Esq., counsel for Defendant Panion (by email, w/encl.)

7064322.1