Cote /J

Gregg L. Weiner
Stephen S. Rabinowitz
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
gregg.weiner@friedfrank.com
stephen.rabinowitz@friedfrank.com
Attorneys for Plaintiff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
KERYX BIOPHARMACEUTICALS, INC.,            :
                                           :
                Plaintiff,                 :
                                           :    08 Civ. 3603 (DLC)
        - against -                        :    ECF CASE
                                           :
PANION & BF BIOTECH, INC.,                 :    **STIPULATION TO**
                                           :    **CONFORM PRETRIAL**
                                           :    **DEADLINES WITH**
                                           :    **DATE OF**
                                           :    **RESCHEDULED**
                                           :    **INITIAL CASE**
                                           :    **MANAGEMENT**
                                           :    **CONFERENCE**
                Defendant.                 :
------------------------------------------------------------ x

WHEREAS Plaintiff Keryx Biopharmaceuticals, Inc. ("Keryx") and Defendant Panion &

BF Biotech, Inc. ("Panion") have agreed to meet in person in the United States in order to settle

their present dispute if possible;

WHEREAS the Court, at the request of the parties, has adjourned the Initial Case

Management Conference until September 26, 2008;

ACCORDINGLY, the parties jointly request the Court to conform certain pretrial deadlines with the date of the rescheduled Case Management Conference by ordering as follows:

1. Keryx will serve its Reply to Panion's Counterclaims no later than September 12, 2008;

2. The parties will make their Initial Disclosures under Rule 26(a)(1), and will file a Joint Case Management Report, no later than September 19, 2008;

3. Discovery in this case is stayed until the Initial Case Management Conference has been held, PROVIDED THAT if Panion sends a Notice of Breach or a Notice of Termination regarding the Keryx-Panion Amended & Restated License Agreement that is at issue in this litigation, the stay of discovery shall automatically terminate and Keryx may approach the Court to seek resolution of this action.

Dated: New York, New York
August 20, 2008.

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By: _____
Gregg L. Weiner
Stephen S. Rabinowitz

One New York Plaza
New York, NY 10004
(212) 859-8000
gregg.weiner@friedfrank.com
stephen.rabinowitz@friedfrank.com

Attorneys for Plaintiff
Keryx Biopharmaceuticals, Inc.

LAW OFFICES OF JACK W. CHUNG, P.C.

By: _____
Jack W. Chung

401 Broadway, Suite 2009
New York, NY 10013
(212) 334-7118
jackchunglaw@gmail.com

Attorney for Defendant
Panion & BF Biotech, Inc.

2

*So ordered.*

*[signature]*
*August 25, 2008*

ACCORDINGLY, the parties jointly request the Court to conform certain pretrial deadlines with the date of the rescheduled Case Management Conference by ordering as follows:

1. Keryx will serve its Reply to Panion's Counterclaims no later than September 12, 2008;

2. The parties will make their Initial Disclosures under Rule 26(a)(1), and will file a Joint Case Management Report, no later than September 19, 2008;

3. Discovery in this case is stayed until the Initial Case Management Conference has been held, PROVIDED THAT if Panion sends a Notice of Breach or a Notice of Termination regarding the Keryx-Panion Amended & Restated License Agreement that is at issue in this litigation, the stay of discovery shall automatically terminate and Keryx may approach the Court to seek resolution of this action.

Dated: New York, New York
August 20, 2008.

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By: _____
Gregg L. Weiner
Stephen S. Rabinowitz

One New York Plaza
New York, NY 10004
(212) 859-8000
gregg.weiner@friedfrank.com
stephen.rabinowitz@friedfrank.com

Attorneys for Plaintiff
Keryx Biopharmaceuticals, Inc.

LAW OFFICES OF JACK W. CHUNG, P.C.

By: _____
Jack W. Chung

401 Broadway, Suite 2009
New York, NY 10013
(212) 334-7118
jackchunglaw@gmail.com

Attorney for Defendant
Panion & BF Biotech, Inc.

2

**IT IS SO ORDERED**

Dated: _____, 2008

_____
The Honorable Denise L. Cote
United States District Judge

3

7082276.2